Matthew H. Morgan (MN Bar No. 0304657)*
morgan@nka.com
Robert L. Schug (MN Bar No. 0387013)*
schug@nka.com
Charles A. Delbridge (MN Bar No. 0386639)*
cdelbridge@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel: (612) 256-3200
Fax: (612) 215-6870

Ryan F. Stephan*
rstephan@stephanzouras.com
James B. Zouras*
jzouras@stephanzouras.com
Catherine T. Mitchell*
cmitchell@stephanzouras.com
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Tel: (312) 233-1550
Fax: (312) 233-1560

Daniel L. Bonnett (AZ #014127)
Dbonnett@martinbonnett.com
MARTIN & BONNETT. P.L.L.C.
4647 N 32nd Street, Suite 185
Phoenix, AZ 85018
Tel: 602.240.6900
Fax: 602.240.2345

Attorneys for Plaintiff and the Putative Class
(*admitted *pro hac vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel James Jones,<br>            Plaintiff,<br>     v.<br><br>GEICO Casualty Company;<br>GEICO Indemnity Company; and<br>GEICO General Insurance Company,<br>            Defendants. | Case No.: CV-20-01734-PHX-DLR<br><br>**NOTICE OF SERVICE** |

-1-
NOTICE OF SERVICE

I hereby certify that on November 16, 2020, I served a copy of the Court's Order regarding motions pursuant to Fed. R. Civ. P. 12(b), which was filed in the above-captioned matter at ECF 15, by placing a copy of the same in the U.S. Mail to below-listed counsel for Defendants:

Mark J DePasquale
Mark J. DePasquale PC
3300 N Central Ave., Ste 2070
Phoenix, AZ 85012

Respectfully Submitted,

Date: November 16, 2020

*/s/ Charles A. Delbridge*

Daniel L. Bonnett
MARTIN & BONNETT P.L.L.C.
4647 N 32nd Street, Suite 185
Phoenix, AZ 85018
Tel: (602) 240-6900
Fax: (602) 240-2345

*Matthew H. Morgan
*Robert L. Schug
*Charles A. Delbridge
NICHOLS KASTER PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2242
Tel: (612) 256-3200
Fax: (612) 338-4878

*Ryan F. Stephan
*James B. Zouras
*Catherine T. Mitchell
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Tel: (312) 233-1550
Fax: (312) 233-1560

*Attorneys for Plaintiff and the Putative Class*

*\* admitted pro hac vice*