# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Deisner, | No. CV-20-01734-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| GEICO Casualty Company, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 52), filed on November 30, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 52) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 1st day of December, 2021.

*/s/ Diane J. Humetewa*
Honorable Diane J. Humetewa
United States District Judge